| | | |
|---|---|---|
| TO: | James Molinelli<br>Miscellaneous Clerk | OFFENSE: Conspiracy to Distribute and Possession with Intent to Distribute a Mixture or Substance Containing a Detectable amount of Cocaine, 21 USC 846 |
| FROM: | Rosiani L. Schuricht<br>U.S. Probation Officer | ORIGINAL SENTENCE: 57 months imprisonment, Two (2) years of TSR |
| RE: | Eduardo Munoz<br>Docket # to be assigned | SPEC. CONDITIONS: $100 special assessment |
| DATE OF SENTENCE: | December 12, 2003 | AUSA: To be Assigned |
| DATE: | October 10, 2007 | 07 CRIM 1003 |

ATTACHMENTS: PSI X   JUDGMENT X   PREVIOUS REPORTS   VIOLATION PETITION

REQUEST FOR:   WARRANT___   SUMMONS___   COURT DIRECTION  X

## INCOMING TRANSFER OF JURISDICTION

On December 12, 2003, the above referenced individual was sentenced in the District of Maryland, under Dkt # 03 CR 178 by the Honorable Catherine C. Blake, U.S. District Judge for the District of Maryland to 57 months imprisonment to be followed by a two (2) year term of Supervised Release after he pled guilty to One Count of Conspiracy to Distribute and Possession with Intent to Distribute a Mixture or Substance Containing a Detectable amount of Cocaine, in violation of 21 USC 846.

Mr. Munoz was released to our district for supervision on May 21, 2007 as his family resides within the confines of the Southern District of New York and he sought to be reunited with them. The sentencing district has initiated transfer of jurisdiction, pursuant to 18 USC 3605 and we find the plan as presented acceptable. Attached, please find 2 copies of Probation form # 22 that were executed by Judge Blake.

We hereby request that a judge in our district be selected and a docket number assigned. Once this is completed, please return a copy of the Probation form # 22 to the undersigned, so that we may forward it to the sentencing district informing them of our acceptance of the transfer of jurisdiction and for processing.

Sincerely yours,

Rosiani L. Schuricht
U.S. Probation Officer

Victor W. Jeffery    10-22-07
Supervising U.S. Probation Officer    Date